UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEDS, LLC and SR HOLDINGS, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>HANESBRANDS INC.,<br><br>        Defendant. | Civil Action No.: 1:21-cv-11443-FDS |

## DEFENDANT HANESBRANDS, INC.'S MOTION TO DISMISS

Bryan H. Parr (BBO No. 670689)
PAUL HASTINGS LLP
2050 M Street NW
Washington, D.C. 20036
Telephone: (202) 551-1700
Facsimile: (202) 551-1705
bryanparr@paulhastings.com

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7.1 (b)(1), Defendant Hanesbrands Inc. ("Hanes"), by and through counsel, hereby submits this Motion to Dismiss Plaintiffs Keds, LLC's and SR Holdings, LLC's (collectively "Keds") Complaint (Dkt. 001). In Support of this Motion, Hanes is simultaneously filing its Memorandum of Law, and the Declaration of Bryan H. Parr in Support of Hanes' Motion to Dismiss.

WHEREFORE, Hanes respectfully requests that this Court dismiss this action with prejudice and afford such other relief as this Court deems just and equitable.

DATED: November 10, 2021        By:    */s/ Bryan H. Parr*

                                               Bryan H. Parr (BBO No. 670689)
                                               PAUL HASTINGS LLP
                                               2050 M Street NW
                                               Washington, D.C. 20036
                                               Telephone: (202) 551-1700
                                               Facsimile: (202) 551-1705
                                               bryanparr@paulhastings.com

                                               *Attorneys for Hanesbrands Inc.*

Kurt W. Hansson
James L. Ferguson
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 318-6000
Facsimile: (212) 230-7843
kurthansson@paulhastings.com
jamesferguson@paulhastings.com

Josh B. Gordon
April Hua
PAUL HASTINGS LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5820
joshgordon@paulhastings.com
aprilhua@paulhastings.com

Cole B. Ramey (TX Bar No. 16494980)
KILPATRICK, TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 922-7100
Facsimile: (214) 922-7101
E-mail: CRamey@KilpatrickTownsend.com

Jason M. Wenker (NC Bar No. 36076)
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, North Carolina 27101-2400
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
Email: JWenker@KilpatrickTownsend.com

Kathryn C. Ederle (GA Bar No. 940539)
KILPATRICK, TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
E-mail:KEderle@KilpatrickTownsend.com

*Attorneys for Hanesbrands Inc. (to seek admission pro hac vice)*

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Bryan Parr, certify that, in accordance with Local Rule 7.1(a)(2), on November 10, 2021, Josh Gordon and Jason Wenker, counsel for Hanes, spoke over the telephone with Zack Kleinsasser, counsel for Keds, in an effort to resolve or narrow the issues presented herein, but did not reach any agreement in that regard.

<i>/s/ Bryan H. Parr</i><br>
Bryan H. Parr

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 10, 2021.

<i>/s/ Bryan H. Parr</i><br>
Bryan H. Parr